# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DANA FRANCO,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-03334-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before May 1, 2017, why Creditor's Protection Service, Inc. should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: April 17, 2017

_____
BETH LABSON FREEMAN
United States District Judge